

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles E. Schroeder and                     * From the 104th District Court
Erin K. Schroeder,                              of Taylor County,
                                                Trial Court No. 24,167-B.

Vs.   No. 11-15-00230-CV                      * May 27, 2016

Brad Taylor d/b/a Taylor Landscape,          * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

    This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against the party incurring same.